UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 4:12-MJ-1104-RJ-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER APPROVING |
| vs. | ) | <u>DEBARRING THE DEFENDANT FROM</u> |
| | ) | <u>CAPE LOOKOUT NATIONAL</u> |
| JONATHAN ALAN BARNES | ) | <u>SEASHORE</u> |

The defendant, having pleaded guilty to Count One of the criminal information, the court having found the defendant guilty on Count One, the court having dismissed Count Two of the criminal information upon motion of the United States, and the court having not ordered the defendant to a term of probation, it is

**ORDERED** that the defendant shall be debarred from Cape Lookout National Seashore, North Carolina, until April 17, 2014.

The Clerk hereby is directed to file this order.

This, the 17th day of April, 2013.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge